BEFORE THE FIRST DIVISION, SEPTEMBER 9, 1940

**No. 44266.**—Protest 941745–G of Eitinger Bead Co., Inc. (New York).

Opinion by Evans, J. The merchandise consists of colored glass drop-shaped pendants having a wire eye molded into the small end thereof. It was found that the general appearance of the article disproves the claim that it is a button and it never has been used for fastening purposes. On the record the protest was overruled.